## Browarsky Estate.

Argued November 14, 1967.   Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charles F. Dean,* with him *John J. Dean,* and *Dean & Dean,* for appellants.

*Harry Woodruff Turner,* with him *John G. Frazer, Jr.,* and *Kirkpatrick, Pomeroy, Lockhart & Johnson,* for appellee.

*Thomas N. Griggs,* with him *Alvin P. Brannick* and *David M. Janavitz,* and *Griggs, Moreland, Blair & Anderson,* for appellee.

OPINION PER CURIAM, January 3, 1968:
Decree affirmed. Appellants pay costs.